# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

**In re:**

**Geodee' Michelle Middleton,**            BCN#: 18-73254-FJS
    **Debtor(s).**            Chapter 7


**Nationstar Mortgage LLC d/b/a Mr. Cooper**
    **Movant/Secured Creditor**

**v.**

**Geodee' Michelle Middleton**
    **Debtor**
**and**
**Clara P. Swanson**
    **Trustee**
    **Respondents**

## A N S W E R

**COMES NOW** the debtor by counsel, and for her answer to the Motion For Relief from Stay filed herein, represents that they have no objection to the entry of the order.

1.    The debtor anticipates surrendering the real estate located at 4005 Merrifields Boulevard, Portsmouth, Virginia 23703, back to Nationstar Mortgage LLC d/b/a Mr. Cooper, as was indicated in her Statement of Intentions.

**Neil K. Winchester, Esquire (VSB #26364)**
**Counsel for Debtor**
**HARBOUR LAW, P.L.C.**
**500 East Plum Street, Suite 801**
**Norfolk, Virginia 23510**
**Email: Winchester@HarbourLaw.us**
**(757) 622-1621**

**WHEREFORE**, the counsel for the Debtor prays that the motion for relief requested by Mary F. Balthasar Lake, Esquire, counsel for Nationstar Mortgage LLC, d/b/a Mr. Cooper, be granted.

**GEODEE' MICHELLE MIDDLETON**

By /s/Neil K. Winchester
Of Counsel

**CERTIFICATE OF SERVICE**

This is to certify that a true copy of the foregoing Answer was mailed and/or electronically forwarded this ___3rd___ day of January, 2019, to Mary F. Balthasar Lake, Esquire, Shapiro and Brown, LLP, 501 Independence Parkway, Suite 203, Chesapeake, Virginia 23320; Clara P. Swanson, Trustee, 708 Thimble Shoals Blvd., #1, Newport News, Virginia 23606; and the debtor, 9071 River Birch Drive, Biloxi, MS 39532.

/s/Neil K. Winchester
Neil K. Winchester, Esquire

pdb